UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| STATE OF GEORGIA,<br><br>v.<br><br>ERIC A. HEINZE AND KRISTOPHER L. HUTCHENS,<br><br>           Defendants. | Criminal Action File<br>No.: 1:22-cr-00388-VMC |

### THE STATE OF GEORGIA'S NOTICE OF INTERLOCUTORY APPEAL

The State of Georgia appeals to the United States Court of Appeals for the Eleventh Circuit from an order by the District Court denying the State's motion (Doc. 35) to remand and enjoining the State from superseding the Indictment in this case. The oral order, reflected in Doc. 58, was entered on May 23, 2023.

Dated: June 20, 2023

Respectfully submitted,

*/s/ Sonya Faye Allen*
Sonya Faye Allen
Georgia Bar No. 222344
Sonya.allen@fultoncountyga.gov
Office of the Fulton County District Attorney, Third Floor
136 Pryor Street, S.W.
Atlanta, GA 30303
Telephone: 404-849-8419
*Attorney for the State of Georgia*

2

## **CERTIFICATE OF COMPLIANCE**

I hereby certify that the foregoing document was prepared using 14-point Times New Roman in accordance with Local Rule 5.1.

*/s/ Sonya Faye Allen*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 20th day of June the foregoing Notice of Appeal was filed with the Clerk of Court using the CM/ECF filing system which will automatically send e-mail notification of such filing to opposing counsel.

*/s/ Sonya Faye Allen*